UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Javon Sartan Freeman** **Docket No. 2:21-CR-30-1D**

**Petition for Action on Supervised Release**

COMES NOW Erica L. Miller, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Javon Sartan Freeman, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute 500 Grams or More of Cocaine, in violation of 21 U.S.C. § 846, 21 U.S.C. § 841(b)(1)(B), 21 U.S.C. § 841(a)(1), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on February 21, 2024, to the custody of the Bureau of Prisons for a term of 30 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

Javon Sartan Freeman was released from custody on March 27, 2024, at which time the term of supervised release commenced.

On August 6, 2024, a Petition for Action was filed in which the conditions of supervised release were modified to include the defendant participating in a program of mental health treatment, as directed by the probation office.

On May 19, 2026, a Petition for Action was filed reaffirming the standard and special conditions of supervision previously imposed.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 4, 2026, the defendant committed the offenses of Driving While Impaired, Open Container After Consuming Alcohol, Speeding, and Reckless Driving Wanton Disregard in Bertie County, North Carolina (26CR349168). These matters remain pending in Bertie County District Court. Mr. Freeman was remorseful for his actions and took accountability for driving while under the influence of alcohol. As a sanction for this criminal conduct, the probation office is respectfully recommending that Mr. Freeman be placed on curfew for a period of 60 days. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: GPS monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Tuell Waters
Tuell Waters
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Erica L. Miller
Erica L. Miller
U.S. Probation Officer
150 Reade Circle
Greenville, NC 27858-1137
Phone: 252-830-2348
Executed On: August 5, 2026

## ORDER OF THE COURT

Considered and ordered this 6 day of August, 2026, and ordered filed and made a part of the records in the above case.

J C Dever
James C. Dever III
U.S. District Judge